IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br><br>    Defendants. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF FOREST LABORATORIES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

**I.    PARENT CORPORATIONS**

Forest Laboratories, Inc. has no parent corporation.

**II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK**

As of January 10, 2008, no publicly held corporation owns 10% or more of Forest Laboratories, Inc.'s stock.

Dated:  January 28, 2008                           Respectfully submitted,

                                                   JONES DAY

                                                   _____
                                                   Gregory A. Castanias (D.C. Bar No. 441129)
                                                   51 Louisiana Avenue, N.W.
                                                   Washington, D.C. 20001
                                                   (202) 879-3939

                                                   *Attorneys for Plaintiffs*

*Of Counsel:*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

John Desmarais
Gerald J. Flattmann, Jr.

Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800