IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br><br>        Defendants. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF
FOREST LABORATORIES HOLDINGS, LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Forest Laboratories Holdings, Ltd. (a nongovernmental corporate party) makes the following disclosure statement:

## I.     PARENT CORPORATIONS

The parent corporation of Forest Laboratories Holdings, Ltd. is Forest Laboratories, Inc.

## II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of January 10, 2008, Forest Laboratories, Inc. owned 10% or more of Forest Laboratories Holdings, Ltd.'s stock.

Dated:  January 28, 2008              Respectfully submitted,

                                      JONES DAY

                                      _____
                                      Gregory A. Castanias (D.C. Bar No. 441129)
                                      51 Louisiana Avenue, N.W.
                                      Washington, D.C. 20001
                                      (202) 879-3939

                                      *Attorneys for Plaintiffs*

*Of Counsel:*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

John Desmarais
Gerald J. Flattmann, Jr.

Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800