IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br><br>    Defendants. | Civil Action No. _____ |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF MERZ PHARMA GMBH & CO. KGAA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Merz Pharma GmbH & Co. KGaA (a nongovernmental corporate party) makes the following disclosure statement:

## I. PARENT CORPORATIONS

The parent corporation of Merz Pharma GmbH & Co. KGaA is Merz GmbH & Co. KGaA.

## II. PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK

As of January 10, 2008, no publicly held corporation owns 10% or more of Merz Pharma GmbH & Co. KGaA's stock.

Dated: January 28, 2008

Respectfully submitted,

JONES DAY

_____
Gregory A. Castanias (D.C. Bar No. 441129)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Attorneys for Plaintiffs*

*Of Counsel:*

F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800