IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOREST LABORATORIES, INC., FOREST LABORATORIES HOLDINGS, LTD., MERZ PHARMA GMBH & CO. KGAA, and MERZ PHARMACEUTICALS GMBH,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LUPIN PHARMACEUTICALS, INC. and LUPIN LTD.,<br><br>　　　　　Defendants. | Civil Action No. 1:08-cv-00167<br><br>Honorable Colleen Kollar-Kotelly |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

To:　　Clerk of the Court

　　　　PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., through their undersigned counsel, hereby dismiss the above-captioned matter without prejudice.

Dated: February 5, 2008  Respectfully submitted,

/s/
Gregory A. Castanias (D.C. Bar No. 441129)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Attorneys for Plaintiffs*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Melanie R. Rupert
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800


F. Dominic Cerrito
Daniel L. Malone
Eric C. Stops
JONES DAY
222 East 41st Street
New York, NY 10017
(212) 326-3939