AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____OF COLUMBIA_____ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO.<br>CA 08-167 | DATE FILED<br>1/28/08 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| PLAINTIFF<br>FOREST LABORATORIES, INC.<br>909 Third Avenue<br>New York, New York 10022<br><br>FOREST LABORATORIES HOLDINGS, LTD.<br>Milner House, 18 Parliament Street<br>Hamilton JM11, Bermuda<br><br>MERZ PHARMA GMBH & CO. KGAA<br>   AND MERZ PHARMACEUTICALS GMBH<br>Eckenheimer LandstraBe 100, D-60318<br>Frankfurt am Main, Germany | | DEFENDANT<br>LUPIN PHARMACEUTICALS, INC.<br>Harborplace Tower<br>111 S. Calvert Street<br>21ST Floor<br>Baltimore, MD 21202<br><br>LUPIN LTD.<br>Laxmi Towers<br>B Wing<br>Bandra Kurla Complex<br>Maharashtra 400 0051, India |

|   | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,061,703 | 10/29/91 | MERZ |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

✎ AO 120 (Rev. 3/04)

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 2/5/08 Case Dismissed voluntarily without prejudice |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Nancy Mayer-Whittington, Clerk by Joe Burgess | | 6/30/08 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**